IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-MC-64-GCM

| | |
|---|---|
| TW TELECOM HOLDINGS INC., )  Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| CAROLINA INTERNET, LTD., )  Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **T. Wade Welch** to appear *Pro Hac Vice*, dated April 12, 2011 [doc #2].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Welch has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 15, 2011

Graham C. Mullen
United States District Judge